### 49685. LITTLE v. THE STATE.

QUILLIAN, Judge.

The defendant was tried and convicted of theft by

conversion. An appeal was filed and the case is here for review. *Held:*

1. The defendant contends that it was error to admit certain business records in evidence. The evidence in regard to the records was sufficient to meet the requirements of Code Ann. § 38-711 (Ga. L. 1952, p. 177) and their admission was not error.

2. The remaining enumerations of error are without merit.

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

SUBMITTED OCTOBER 7, 1974 — DECIDED NOVEMBER 8, 1974.

*John R. Nicholson, Sandy McCormack,* for appellant.